JOSEPH PRINCE, JEDUTHAN FULLER, MASON HUNTING, EDWARD RICHARDS, ENOCH WISWELL AND AMOS BOND, PARTNERS UNDER THE FIRM OF THE WATERTOWN COTTON FACTORY CO., *versus* JOHN S. ROBY

JOURNAL ENTRIES (1821): *Journal 3:* (1) Settled out of court *p. 197.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) copy of indorsement on county court capias.
*1821 Calendar*, MS p. 12.

MICHAEL DOUSMAN *versus* CHRISTIAN CLEMENS

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Motion for procedendo *p. 197; (2) continued *p. 259; (3) default judgment *p. 279.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) copy of indorsement on county court capias; (4) recognizance and bail piece; (5) declaration; (6) plea of non assumpsit; (7) precipe for subpoena; (8) subpoena; (9) bill of particulars; (10) precipe for execution fi. fa.; (11) writ of fi. fa. and return; (12) precipe for alias fi. fa.; (13) alias fi. fa. and return; (14) precipe for pluries fi. fa.; (15) pluries fi. fa. and return.
*1821 Calendar*, MS p. 14. Recorded in *Book B*, MS pp. 46–49.